UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>Respondent. | Case No. 3:03-cv-02711-JSC<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 82 |

Petitioner John William Thompson sought federal habeas corpus relief from his state conviction under 28 U.S.C. § 2254. On February 27, 2025, the Court granted Respondent's motion to dismiss the petition as barred by the statute of limitations and Petitioner appealed. (Dkt. Nos. 78, 80.) The Ninth Circuit Court of Appeals has remanded for the limited purposes of granting or denying a certificate of appealability. (Dkt. No. 82.) No certificate of appealability is warranted in this case. Petitioner has not shown "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: April 28, 2025

JACQUELINE SCOTT CORLEY
United States District Judge